IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
|     Plaintiff, | § | |
| | § | |
| VS. | § | NO. 19-CR-00182-DGK |
| | § | |
| IESHA BOLES, | § | |
|     Defendant. | § | |
| | § | |

## MOTION TO CONTINUE SENTENCING HEARING

Comes now David A. Kelly and the Law Firm of Kelly, Symonds & Reed, LLC, and hereby moves this Honorable Court for an Order continuing the sentencing date in the instant case. In support of said motion, the Defendant offers the following suggestions in support:

### Suggestions in Support

1. The Defendant, Iesha Boles, was charged by way of Information in the instant case on May 8, 2019 with Conspiracy to Make a False Statement During the Purchase of a Firearm. Ms. Boles was granted release pending disposition of the case.

2. Ms. Boles pled guilty to this Court on May 8, 2019. A draft PSR was prepared and objections were filed on Ms. Boles' behalf. The final PSR has now been issued.

3. Sentencing is currently set for October 24, 2019 at 11:00 a.m.

4. The Defendant hereby requests that the sentencing date be continued to, at the earliest, March of 2020 so that the Defendant may fulfill her obligations under the terms of the plea agreement, both written and otherwise.

5. The Defendant has discussed these requests with counsel for the government and the government is in agreement to extend the sentencing date as requested herein.

WHEREFORE, the Defendant by and through counsel requests that this Honorable Court continue Defendant's sentencing date from the present sentencing date of October 24, 2019 to a date and time to be determined by the Court and the parties to no earlier than March of 2020 and for any and all other relief this Court may deem just and appropriate upon these premises.

Respectfully submitted,

/S/ DAVID A. KELLY

David A. Kelly (MoBar#45983)
Kelly, Symonds & Reed, LLC
114 SW Third Street
Lee's Summit, MO  64063
Missouri Bar No. 45983
(816) 347-1818
FAX (816) 347-1854
dave@mokanlegal.com
ATTORNEY FOR DEFENDANT

CERTIFICATE REGARDING SERVICE

I hereby certify that it is my belief and understanding that counsel for plaintiff as well as all counsel for co-defendants are participants in the Court's CM/ECF program and that separate service of the foregoing document is not required beyond the Notification of Electronic Filing to be forwarded to counsel for plaintiff upon the filing of the foregoing document.

/s/ David A. Kelly
_____
David A. Kelly